| | |
|---|---|
| GERALD TUFF STEWARD, | **No. 1:18-cv-0058 MJS (PC)** |
| Plaintiff, | **ORDER FOR PLAINTIFF TO SUBMIT TRUST STATEMENT** |
| v. | |
| A. CHRISTIANSON, et al., | **THIRTY-DAY DEADLINE** |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, an inmate at the Stanislaus County Jail proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the

1

complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 22, 2018  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE