1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12   GERALD STEWART,                          1:18-cv-00058-MJS (PC)

13                Plaintiff,                  **ORDER DIRECTING CLERK'S OFFICE
                                              TO SEND PLAINTIFF REGULAR CIVIL
14   v.                                       IFP APPLICATION AND REQUIRING
                                              PLAINTIFF TO FILE REGULAR CIVIL IFP
15   ADAM CHRISTIANSON, et al.,               APPLICATION OR PAY FILING FEE IN
                                              FULL WITHIN THIRTY DAYS**
16                Defendants.

17

18          Plaintiff is a former county inmate who has filed this civil rights action pursuant to

19   42 U.S.C. § 1983. While plaintiff filed an application to proceed in forma pauperis by a

20   prisoner, it appears he was released before his application could be ruled on, and now

21   needs to complete a regular application. Additionally, the Court previously ordered

22   Plaintiff tp submit his trust statement. (ECF No. 7.) In light of his current status, Plaintiff is

23   no longer required to file his trust statement.

24          Accordingly, it is HEREBY ORDERED that:

25          1.    The Clerk's Office shall send Plaintiff a regular civil in forma pauperis

26                application;

27          2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall

28                either file a completed regular civil in forma pauperis application or pay the

                                              1

1 | $400.00 filing fee in full.

2 | Failure to obey this order will result in dismissal of this action.

3 |

4 | IT IS SO ORDERED.

5 | Dated: __February 6, 2018__      /s/ *Michael J. Seng*

6 | UNITED STATES MAGISTRATE JUDGE