UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD STEWART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAM CHRISTIANSON, et al.,<br><br>　　　　Defendants. | 1:18-cv-00058-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 13) |

Plaintiff is a former county inmate who has filed this civil rights action pursuant to 42 U.S.C. § 1983.

On February 22, 2018, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 13.) However, on February 26, 2018, Plaintiff paid the $400 filing fee in full. His payment of the fee renders his application moot insofar as it seeks to relieve him from paying the filing fee for this case..

If Plaintiff is unable to pay future costs or fees associated with this action, he may renew his motion for in forma pauperis status, and the Court will assess it in light of Plaintiff's then current financial circumstances.

Accordingly, the application is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated: March 1, 2018　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1